IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA L. COLLINS,

       Plaintiff,                     No. CIV S-09-1816 FCD EFB PS

     vs.

CHESAPEAKE COMMONS HOLDINGS,
LLC; SACRAMENTO HOUSING AND
REDEVELOPMENT AGENCY; and
DOES 1-20,

       Defendants.               ORDER
_____/

       This case is before the undersigned pursuant to Eastern District of California Local Rule

302(c)(21).  *See* 28 U.S.C. § 636(b)(1).  On October 19, 2009, the undersigned granted plaintiff's

motion to proceed *in forma pauperis* in this action, ordered that service of process be made by

the U.S. Marshal, and directed the Clerk of Court to send plaintiff the necessary forms for

completion and return to the Marshal.  Dckt. No. 3.  Plaintiff was ordered to send the requisite

forms to the U.S. Marshal within 15 days, and within ten days thereafter, to file a statement with

the court that those documents were submitted to the U.S. Marshal.  Dckt. No. 3 at 3.  Although

plaintiff failed to file a statement with the court stating that the documents were submitted to the

Marshal, on January 21, 2010, the undersigned's staff contacted the Marshal regarding the status

of service of process.  The Marshal indicated that plaintiff submitted the documents to the

1

Marshal in November 2009, and the Marshal mailed defendants waivers of service of process on December 14, 2009 (which are due back to the Marshal on or before February 14, 2010).

In a separate order issued on October 19, 2009, the court set a status (pretrial scheduling) conference in this action for February 17, 2010 at 10:00 a.m. and directed the parties to file status reports no later than fourteen days before the conference (by February 3, 2010). Dckt. No. 5. Because defendants have not yet appeared in this action, that conference will be continued.

Accordingly, IT IS HEREBY ORDERED that:

1. The February 17, 2010 status conference is rescheduled for April 14, 2010 at 10:00 a.m. in Courtroom 24;

2. No later than March 31, 2010, all parties shall file status reports (or a joint status report), discussing the matters addressed in the court's October 19, 2009 order, Dckt. No. 5;

3. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030; and

4. Within fourteen days of the date of this order, the U.S. Marshal is directed to serve defendants with a copy of this order. *The Marshal shall, within fourteen days thereafter, file a statement with the court that the order was served.* If the Marshal is unable, for any reason, to serve this order on defendants, the Marshal shall promptly report that fact, and the reasons for it, to the undersigned.

DATED: January 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2