IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA L. COLLINS,

        Plaintiff,                      No. CIV S-09-1816 FCD EFB PS

     vs.

CHESAPEAKE COMMONS HOLDINGS, LLC; SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY; and DOES 1-20,

        Defendants.               <u>ORDER</u>

        This case is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On September 17, 2010, the undersigned issued a status (pretrial scheduling) order setting forth various deadlines in this action, including a discovery completion deadline of February 11, 2011. Dckt. No. 21.

        On February 11, 2011, defendant Chesapeake Commons Holdings LLC filed a "Stipulation to Extend Discovery Cut-Off," indicating that at a deposition of plaintiff on February 8, 2011, plaintiff indicated that she could not produce all of the documents requested in the deposition notice because they were in the possession of her paralegal, whom plaintiff had not been able to contact, and that therefore "it was stipulated by plaintiff and counsel for both defendants, 'on the record,' that the current discovery cut-off date, of February 11, 2011, be

1

1  extended for the limited purpose of completing this discovery already commenced by the defense
2  prior to the deadline." Dckt. No. 25.  Specifically, the parties agreed that: (1) "the current
3  deadline be continued for sufficient time for plaintiff to obtain and produce the remaining
4  documents or notify defense counsel to subpoena [plaintiff's paralegal] to produce the
5  documents"; (2) "upon the additional documents being produced, either defendant may continue
6  with plaintiff's deposition in order to inquire about the documents produced"; and (3) "if
7  necessary, [plaintiff's paralegal's] deposition may be taken for the purpose of obtaining these
8  documents, previously requested by defendants." *Id.* at 2.
9      In light of Chesapeake Commons Holdings LLC's representations regarding the
10 stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that the current
11 discovery completion deadline of February 11, 2011 is continued to March 31, 2011, for the
12 limited purpose of completing the discovery agreed to by the parties, as set forth herein.  This
13 modification does not impact any of the other deadlines set forth in the September 17, 2010
14 scheduling order.
15      IT IS SO ORDERED.
16 DATED:  February 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE