1  RANDOLPH, CREGGER & CHALFANT LLP
   THOMAS A. CREGGER, State Bar No. 124402
2  MELISSA S. GREENIDGE, State Bar No. 272669
   1030 G Street
3  Sacramento, California 95814
   Telephone: (916) 443-4443
4  Facsimile:  (916) 443-2124

5  Attorneys for Defendant
   SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA L. COLLINS, | No. 2:09 CV 1816 KJM - EFB |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| CHESAPEAKE COMMONS HOLDINGS, LLC, AND SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY, DOES 1-20, | |
| Defendants. | |

This action came on regularly for hearing before the Court, on May 11, 2011, Honorable Edmund F. Brennan, Magistrate Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered by the Honorable Kimberly J. Mueller, District Judge, following receipt of the Magistrate's findings and recommendations and conclusions of law, and de novo review of the same,

///

///

///

///

**Randolph Cregger & Chalfant**

1

JUDGMENT

1  **IT IS SO ORDERED AND ADJUDGED** that the plaintiff take nothing, that the action
2  be dismissed on the merits and that defendant SACRAMENTO HOUSING AND
3  REDEVELOPMENT AGENCY recover its costs.
4  DATED: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

**Randolph Cregger & Chalfant**

2

JUDGMENT