IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA COLLINS,

      Plaintiff,                            Civ. No. S-09-1816 KJM EFB

      vs.

CHESAPEAKE COMMONS
HOLDINGS, LLC., et al.,                   ORDER AND ORDER TO SHOW CAUSE

      Defendants.
_____/

       This matter is currently set for August 24, 2011 at 11:00 a.m. for final pretrial conference. The remaining parties, plaintiff and Cheaspeake Commons, have not filed a joint pretrial statement as required by the order of June 27, 2011.

       IT IS THEREFORE ORDERED that:

       1. The final pretrial conference is vacated and reset for September 19, 2011 at 11:00 a.m.;

       2. The parties' joint pretrial statement is due no later than September 5, 2011; and

       3. The parties shall show cause in writing no later than September 5, 2011, why they should not be sanctioned in the amount of $150.00 each for failing to file their pretrial statement.

DATED: August 23, 2011.

                                                 UNITED STATES DISTRICT JUDGE

1