IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA L. COLLINS,

       Plaintiff,                             Civ. No. S-09-1816 KJM EFB

     vs.

CHESAPEAKE COMMONS
HOLDINGS, LLC, et al.,                      ORDER

       Defendants.

/

This case was on calendar on September 28, 2011 for a final pretrial conference. After discussion with the parties, the court makes the following orders:

      1. The jury trial, currently set for October 31, 2011 is hereby vacated, to be reset if necessary following the exhaustion of settlement efforts;

      2. Based on the parties' representations in open court, this case is referred to the court's Voluntary Dispute Resolution Program;

      3. The parties are directed to file a status report within sixty days of the date of this order; and

      4. The orders to show cause issued August 23, 2011 are hereby discharged.

      IT IS SO ORDERED.

DATED: October 4, 2011.

_____
UNITED STATES DISTRICT JUDGE

1