IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA L. COLLINS,

       Plaintiff,                       NO. 2:09-cv-01816-KJM-AC

       v.

CHESAPEAKE COMMONS
HOLDINGS, LLC et al.,              ORDER TO SHOW CAUSE

       Defendants.
_____/

       On March 2, 2012, the court issued an order requiring the parties to file a joint status report within thirty days. (ECF 51.) On April 2, 2012, plaintiff timely filed a status report that defendant Chesapeake Commons took no part in preparing. (ECF 52.) Defendant has not complied with the court's order.

       Accordingly, counsel for defendant is hereby ordered to show cause on or before January 11, 2013 why defendant should not be sanctioned, including with default judgment, for failure to prosecute. Defendant shall also file a separate status report by January 11, 2013.

       IT IS SO ORDERED.

DATED: November 27, 2012.

                                                    UNITED STATES DISTRICT JUDGE