|     |     |
| --- | --- |
| 1   |     |
| 2   |     |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT COURT OF CALIFORNIA

PATRICIA L. COLLINS,

        Plaintiff,                      No. 2:09-cv-01816-KJM-AC

        vs.

CHESAPEAKE COMMONS
HOLDINGS, LLC et al.,                      ORDER TO SHOW CAUSE

        Defendant.
_____/

        On March 2, 2012, the court issued an order requiring the parties to file a joint status report within thirty days. (ECF 51.) On April 2, 2012, plaintiff timely filed a status report that defendant Chesapeake Commons took no part in preparing. (ECF 52.) Accordingly, this court ordered counsel for defendant to show cause on or before January 11, 2013 why defendant should not be sanctioned, including with default judgment, for failure to prosecute. The court also ordered defendant to file a separate status report by January 11, 2013.

        Defendant replied to the court's order to show cause on January 17, 2013, six days after the deadline. (ECF 55.) In addition to being untimely, defendant's reply was unresponsive to the court's order to show cause. Consequently, on January 28, 2013, this court sanctioned counsel for defendant, J. Chauncey Hayes, in the amount of $500, payable to the

1

Clerk of the Court within two weeks of that order. (ECF 56.) Two months after that deadline, defendant still has not paid the sanction.

Accordingly, the court imposes an additional sanction of $200 on counsel for defendant Hayes, who is ordered to pay the $700 total to the Clerk of Court within seven days of the date of this order. Failure to comply will result in additional sanctions and a referral to the State Bar, and may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

DATED: April 23, 2013.

_____
UNITED STATES DISTRICT JUDGE