UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA L. COLLINS, | No.  2:09-CV-1816 KJM AC |
| Plaintiff, | |
| v. | ORDER |
| CHESAPEAKE COMMONS HOLDINGS, LLC, et al., | |
| Defendants. | |

This case was on calendar on March 20, 2014 for a status conference.  Patricia Collins appeared *pro se*; Douglas L. Smith appeared for defendant Chesapeake Commons Holdings.

In light of prior defense counsel's disbarment and newly substituted counsel's inability to obtain any cooperation or files from prior counsel, the court sets a further schedule for this case.

1. The case is set for settlement before the Honorable  Dale A. Drozd  on April 17, 2014 in Courtroom No. 27.  Confidential settlement conference statements are due seven days prior to the settlement conference.

2. Initial disclosures under Federal Rule of Civil Procedure 26(a) should be exchanged within two weeks of the date of this order.

1

3. The discovery cut-off is June 13, 2014.

4. Expert disclosures must be made by June 13, 2014, with rebuttal experts disclosed by July 3, 2014.  The expert discovery deadline is July 31, 2014.

5. The dispositive motion deadline is August 22, 2014.

6. The final pretrial conference is October 30, 2014.  The parties should file a joint pretrial statement no later than October 16, 2014.

7. The five-day jury trial is set for December 8, 2014, to be finally confirmed at final pretrial conference.

IT IS SO ORDERED.

DATED: April 3, 2014.

_____
UNITED STATES DISTRICT JUDGE